IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY MARTINEZ,

    Plaintiff,

v.                                        No. 13-cv-1136 KBM/SMV

STATE OF NEW MEXICO, NEW MEXICO
DEPARTMENT OF PUBLIC SAFETY, and
NATHAN SEARLE

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     February 24, 2014, at 2:00 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is hereby set **February 24, 2014, at 2:00 p.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                **STEPHAN M. VIDMAR**
                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than four incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.